STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
JASON R. WIGG, ESQ.
Nevada Bar No. 007953
jwigg@lawhjc.com
STUART J. TAYLOR
Nevada Bar No. 14285
staylor@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Defendants/Third-Party Plaintiffs Legacy Transportation Systems, LLC, Angeles Transportation, LLC & Leoncio Angeles*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH DIXON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEGACY TRANSPORTATION SYSTEMS, LLC.; a Utah Limited Liability Company; ANGELES TRANSPORTATION, LLC; a Utah Limited Liability Company, LEONCIO ANGELES,<br><br>　　　　Defendants.<br>_____<br>ALL RELATED THIRD-PARTY CLAIMS | CASE NO.  2:15-cv-01359-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND REPLY AND RESPONSE DEADLINES** |

　　Defendant/Third-Party Plaintiff Legacy Transportation Systems, LLC "Legacy") and Plaintiff Sarah Dixon ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree that Legacy Transportation Systems, LLC shall have up to and including January 12, 2017

///

///

///

to file a Response in Opposition to Plaintiff's Motion to Compel Production of Documents [Dkt #40].

Dated this 5th day of January, 2017

HALL JAFFE & CLAYTON, LLP

By: */s/ Steven T. Jaffe*
STEVEN T. JAFFE
Nevada Bar No. 7305
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
STUART J. TAYLOR
Nevada Bar No. 14285
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendants/Third-Party Plaintiffs Legacy Transportation Systems, LLC, Angeles Transportation, LLC & Leoncio Angeles*

Dated this 5th day of January, 2017

MCCULLOUGH, PEREZ & DOBBERSTEIN LTD.

By: */s/ Christopher McCullough*
CHRISTOPHER McCULLOUGH, ESQ.
Nevada Bar No. 1138
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

**ORDER**

         **IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2017