# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Sarah Dixon,

      Plaintiff

v.

Legacy Transportation Systems, LLC, et al,

      Defendants

_____

ALL RELATED CLAIMS AND PARTIES

2:15-cv-01359-JAD-PAL

**Order**

ECF Nos. 114, 115

     This case arises from an August 2013 car accident on Interstate 15. Sarah Dixon was a passenger in a car driven by Ryan Richards. Traffic backed up, and while Richards was driving on the highway's shoulder, Leoncio Angeles moved the Legacy Transportation tractor-trailer he was driving into the car's path. Richards lost control of the car, and Dixon was injured. Dixon settled with Richards and then filed this lawsuit against Angeles and Legacy. Angeles and Legacy filed a third-party complaint against Richards,[1] and I have denied Richards's requests to deem his settlement with Dixon a good-faith settlement that cuts off Angeles's and Legacy's contribution and indemnity rights.[2]

     A handful of motions are pending including motions to strike experts[3] and plaintiff's motion for partial summary judgment[4] that is not yet fully briefed. Defendants ask me to extend the deadline for their opposition to plaintiff's motion for partial summary judgment until 14 days after the magistrate judge has ruled on the motions to strike, which are scheduled for hearing on

---

[1] ECF No. 12.

[2] ECF Nos. 30, 103 (minutes).

[3] ECF Nos. 101, 102, 109.

[4] ECF No. 108.

July 25, 2017—a hearing that the parties anticipate will be bumped into early August to accommodate their scheduling conflicts.[5]  Defendants represent that the expert testimony and the question of its admissibility are material to their opposition and that judicial economy dictates that the deadline for their opposition be extended until after Magistrate Judge Leen has had the opportunity to rule on the pending motions to strike.  Plaintiff also asks the court to order the parties to a mandatory settlement conference,[6] arguing that the posture of the case—discovery closed, motions pending, and more motions anticipated—makes this a good time to explore settlement.

Good cause appearing, IT IS HEREBY ORDERED that Defendants' Emergency Motion to Stay or, Alternatively, Extend the Deadlines for Briefing on Plaintiff's Motion for Partial Summary Judgment **[ECF No. 114] is GRANTED in part.  Defendants' opposition to the motion for partial summary judgment [ECF No. 108]  will be due 10 days after the magistrate judge issues her ruling on the pending motions to strike** [ECF Nos. 101, 102, 109].  Briefing will then continue in accordance with the schedule in LR 7-2(b);

IT IS FURTHER ORDERED that plaintiff's motion for a settlement conference **[ECF No. 115] is GRANTED.  This case is referred to a magistrate judge to schedule a mandatory settlement conference.**

DATED: June 28, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[5] ECF No. 114.

[6] ECF No. 115.

2