UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SARAH DIXON,<br><br>         Plaintiff,<br>v.<br>ANGELES TRANSPORTATION, et al.,<br><br>         Defendants. | Case No. 2:15-cv-01359-JAD-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: October 11, 2017 |

**PRESENT:** <u>THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge</u>

**JUDICIAL ASSISTANT:** <u>Teresa Hoskin</u>  **RECORDER/TAPE #:** <u>None</u>

**COUNSEL FOR PLAINTIFF(S):** <u>Eric Dobberstein, Chris Fellows</u>

**COUNSEL FOR DEFENDANTS ANGELES TRANSPORTATION, LEONDIO ANGELES and LEGACY TRANSPORTATION SYSTEMS, LLC:** <u>Jason Wigg, Steven Jaffe</u>

**COUNSEL FOR DEFENDANT RYAN RICHARDS:** <u>Sean Forbush</u>

**PROCEEDING:** Settlement Conference

  A settlement conference was conducted commencing at 9:32 a.m. Plaintiff Sarah Dixon was present as well as Mark Lee on behalf of Angeles and Legacy defendants. The court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party. Offers and counteroffers were exchanged. No settlement was reached.

  The settlement conference concluded at 12:27 p.m.

                   _____
                   PEGGY A. LEEN
                   UNITED STATES MAGISTRATE JUDGE