**BENJAMIN J. CARMAN, ESQ.**
**NV Bar #12565**
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Third-Party Defendant
Ryan Richards

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **SARAH DIXON**<br><br>    Plaintiff,<br><br>v.<br><br>**LEGACY TRANSPORTATION SYSTEMS, LLC, a Utah Limited Liability Company; ANGELES TRANSPORTATION, LLC, a Utah Limited Liability Company; LEONCIO ANGELES;**<br><br>    Defendant<br>**LEGACY TRANSPORTATION SYSTEMS, LLC; ANGELES TRANSPORTATIONM LLC; AND LEONCIO ANGELES**<br><br>    Third Party Plaintiff,<br><br>v.<br><br>**RYAN RICHARDS**<br><br>    Third Party Defendant | Case No. 2:15-cv-01359<br><br>**THIRD PARTY DEFENDANT'S REQUEST TO BE EXCUSED FROM PERSONALLY APPEARAING AT THE MANDATORY SETTLEMENT CONFERENCE** |

COMES NOW Third party defendant, RYAN RICHARDS, by and through his counsel of record, BENJAMIN J. CARMAN, ESQ., of the law office RANALLI ZANIEL FOWLER & MORAN, LLC, and requests the Court to excuse him from the settlement conference scheduled for **October 11, 2017, at 9:00 a.m.**

Mr. Richards lives in Victorville, California. His insurance carrier representative is located in Chandler, Arizona. Mr. Richards has no significant assets to contribute toward settlement of this matter[1]. Mr. Richards' carrier exhausted his policy's bodily injury liability limit when it settled with plaintiff Sarah Dixon pre-litigation. There are no remaining policy benefits available to contribute to settlement.

//
//
//
//
//
//
//
//
//
//
//
//

---

[1] see the Declaration of Ryan Richards, filed in conjunction with his renewed motion for determination of good faith settlement, ECF No. 83, in which he affirms his past and current lack of assets.

Mr. Richards and his liability insurer's adjuster can be available via telephone during the conference. But both Mr. Richards and his carrier have nothing to contribute toward resolving this matter that could in any way shape or influence its outcome. Personally appearing would incur additional expense for both Mr. Richards and his carrier for no appreciable chance of resolution or benefit to any party.

DATED this 4th day of October, 2017.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

By _____
BENJAMIN J. CARMAN, ESQ.
Attorneys for Third-Party
Defendant
Ryan Richards

**IT IS ORDERED** that the request is **DENIED**.

Dated: October 18, 2017

_____
Peggy A. Leen
United States Magistrate Judge