STEVEN T. JAFFE
Nevada Bar No. 7035
jaffe@lawhjc.com
JASON R. WIGG
Nevada Bar No. 7953
jwigg@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Defendants/Third-Party Plaintiffs Legacy Transportation Systems, LLC, Angeles Transportation, LLC & Leoncio Angeles*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH DIXON,<br><br>         Plaintiff,<br><br>vs.<br><br>LEGACY TRANSPORTATION SYSTEMS, LLC,; a Utah Limited Liability Company; ANGELES TRANSPORTATION, LLC; a Utah Limited Liability Company, LEONCIO ANGELES;<br><br>         Defendants.<br>_____<br>ALL RELATED THIRD-PARTY CLAIMS | CASE NO.   2:15-cv-01359<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED and AGREED**, by and between Plaintiff Sarah Dixon ("Plaintiff"); Defendants/Third-Party Plaintiffs Legacy Transportation Systems, LLC; Angeles Transportation, LLC and Leoncio Angeles (collectively, "the Legacy Defendants"); and Third-Party Defendant Ryan Richards ("Richards"), by and through their respective counsel of record, that all of Plaintiff's claims and causes of action against the Legacy Defendants shall be dismissed with prejudice, each side to bear its own fees and costs;

**IT IS FURTHER STIPULATED and AGREED**, by and between the Legacy Defendants and Richards, by and through their respective counsel of record, that all of the Legacy

Defendants' claims and causes of action against Richards shall be dismissed with prejudice, each side to bear its own fees and costs.

**IT IS FURTHER STIPULATED and AGREED**, by and between the parties hereto, by and through their respective counsel of record, that any and all additional claims or causes of action in the above-captioned action that are not specifically referenced herein, if any, are hereby dismissed with prejudice, each of the parties to bear their respective fees and costs.

Dated this 17th day of January, 2018.                           Dated this 17th day of January, 2018.

HALL JAFFE & CLAYTON, LLP                                        MCCULLOUGH & ASSOCIATES, LTD.

By:   /s/ Steven T. Jaffe, Esq.                                  By:   /s/ Christopher McCullough, Esq.
   STEVEN T. JAFFE. ESQ.                                              CHRISTOPHER McCULLOUGH, ESQ.
   Nevada Bar No. 7305                                                Nevada Bar No. 1138
   JASON R. WIGG, ESQ.                                                CHRISTOPHER L. FELLOWS, ESQ.
   Nevada Bar No. 7953                                                Nevada Bar No. 13869
   7425 Peak Drive                                                    601 South Rancho Drive, #A-10
   Las Vegas, Nevada  89128                                           Las Vegas, Nevada 89106
   *Attorneys for Defendants/Third-Party*                             *Attorneys for Plaintiff*
   *Plaintiffs Legacy Transportation Systems,*
   *LLC, Angeles Transportation, LLC &*
   *Leoncio Angeles*

                                                                 Dated this 17th day of January, 2018.

                                                                 RANALLI ZANIEL FOWLER & MORAN, LLC


                                                                 By:   /s/ Benjamin J. Carman, Esq.
                                                                    BENJAMIN J. CARMAN, ESQ.
                                                                    Nevada Bar No. 12565
                                                                    2400 W. Horizon Ridge Parkway
                                                                    Henderson, Nevada 89052
                                                                    *Attorneys for Third-Party Defendant,*
                                                                    *Ryan Richards*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE


DATED: _____